STATE OF NORTH CAROLINA v. DAVEY LOCKLEAR AND JOHN H. BULLARD

No. 7416SC979

(Filed 16 April 1975)

APPEAL by defendants from *Clark, Judge.* Judgment entered 2 August 1974 in Superior Court, ROBESON County. Heard in the Court of Appeals 12 February 1975.

*Attorney General Edmisten, by Assistant Attorney General Norman L. Sloan, for the State.*

*Johnson, Hedgpeth, Biggs & Campbell, by John Wishart Campbell, for defendant appellant Davey Locklear; Lee and Lee, by W. Osborne Lee, Jr., and Franklin V. Adams, for defendant appellant John H. Bullard.*

VAUGHN, MARTIN and ARNOLD, Judges.

No error.

---

STATE OF NORTH CAROLINA v. PAUL JUNIOR WELLMAN

No. 7519SC100

(Filed 16 April 1975)

APPEAL by defendant from *Seay, Judge.* Judgment entered 17 September 1974 in Superior Court, ROWAN County. Heard in the Court of Appeals 9 April 1975.

*Attorney General Edmisten, by Assistant Attorney General William Woodward Webb, for the State.*

*Pope, McMillan & Bender, by Harold J. Bender, for defendant appellant.*

MORRIS, VAUGHN and CLARK, Judges.

No error.